VERIZON NEW YORK, INC., Plaintiff, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., Respondents, BOVIS LEND LEASE LMB, INC., Defendant, and INTEGRATED STRUCTURES CORP., Defendant/Third-Party Plaintiff-Appellant. SLCE Architects et al., Third-Party Defendants-Respondents, et al., Third-Party Defendants. (And Other Actions.) [889 NYS2d 847]—

Concur—Andrias, J.P., Saxe, Sweeny, Moskowitz and Abdus-Salaam, JJ.